■ In the Matter of CLARETHA ROBINSON, Individually and on Behalf of Her Nine Minor Children, Appellant, v ABE LAVINE, as Commissioner of the New York State Department of Social Services, et al., Respondents.—Judgment of the Supreme Court, Nassau County, entered April 15, 1975, affirmed, without costs, upon the authority of *Baumes v Lavine* (38 NY2d 296). Martuscello, Acting P. J., Latham, Margett, Brennan and Shapiro, JJ., concur. [81 Misc 2d 1047.]